UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MARIE C. POLIVKA**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**,

    Defendant.

CV 06-1837-PK

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4891.56, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; mailed to Plaintiff's attorney.

DATED this 21st day of March, 2008.

HON. PAUL J. PAPAK
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/_____
**LINDA ZISKIN**, OSB # 01106
(503) 889-0472
Attorney for Plaintiff

ORDER; STIPULATION FOR EAJA FEES